**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ESTATE OF HERMAN EDWARD RAWLINGS, DECEASED | : No. 377 WAL 2019<br>:<br>:<br>: Petition for Allowance of Appeal |
| PETITION OF: EDWARD D. RAWLINGS, EXECUTOR OF THE ESTATE OF HERMAN EDWARD RAWLINGS | : from the Order of the Superior Court<br>:<br>: |
| IN RE:  ESTATE OF HERMAN EDWARD RAWLINGS, DECEASED | : No. 378 WAL 2019<br>:<br>:<br>: Petition for Allowance of Appeal |
| PETITION OF:  EDWARD D. RAWLINGS, EXECUTOR OF THE ESTATE OF HERMAN EDWARD RAWLINGS | : from the Order of the Superior Court<br>:<br>: |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 21st day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.